UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 14-CR-3076-BTM |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE (DEFENDANT NUMBER 2, KARINA JAQUELINE MORENO VILLA ONLY)** |
| KARINA JAQUELINE MORENO VILLA (2), | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Complaint against defendant KARINA JAQUELINE MORENO VILLA (defendant number 2) only in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 19, 2014.

_____
The Honorable Mitchel D. Dembin
United States Magistrate Judge